UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JIMMY LAWRENCE NANCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:24-cv-01444-GCS |
| ) | |
| THOMAS LILLARD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MEMORANDUM & ORDER**

**SISON, Magistrate Judge:**

Petitioner Jimmy Lawrence Nance ("Nance"), an inmate of the Federal Bureau of Prisons ("BOP") currently housed at FCI Greenville within the Southern District of Illinois, brings this habeas corpus action pursuant to 28 U.S.C. § 2241. (Doc. 1). Nance challenges the BOP's decision regarding his requested reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) in accordance with Program Statement 5050.50. *Id.* at p. 3-10.

This matter is now before the Court for preliminary review. Rule 4 of the Federal Rules Governing Section 2254 Cases in the United States District Courts provides that upon preliminary consideration by the judge, "[i]f it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to the relief in the district court, the judge must dismiss the petition and direct the clerk to notify the petitioner." Rule 1(b) gives this Court the authority to apply the rules to other habeas corpus cases.

The Court has reviewed the petition and finds it is not plainly apparent that Nance is not entitled to relief. Accordingly, the Court **ORDERS** Respondent Thomas Lillard to

answer or otherwise plead on or before **November 4, 2024**. This preliminary order to respond does not, of course, preclude the Government from raising any objection or defense it may wish to present. Service upon the United States Attorney for the Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois, shall constitute sufficient service.

Nance is **ADVISED** of his continuing obligation to keep the Clerk of Court (and the opposing party) informed of any change in his whereabouts during the pendency of this action. This notification must be done in writing and no later than 14 days after a transfer or other change in address occurs. Failure to provide notice may result in dismissal of this action. *See* FED. R. CIV. PROC. 41(b).

The Clerk of Court is **DIRECTED** to send a copy of this Order, as well as the Court's Orders of June 5, 2024 (Doc 2); (Doc. 3), to the following address:

**Jimmy Lawrence Nance**
FCI Greenville
Federal Correctional Institution
P.O. Box 5000
Greenville, IL 62246

      **IT IS SO ORDERED.**

      **DATED:  October 4, 2024.**

Digitally signed by Judge Sison
Date: 2024.10.04 10:42:21 -05'00'

**GILBERT C. SISON**
**United States Magistrate Judge**